# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Quantic Group LTD. | 12/1/2022 | 266317 | Check | $ 1,590.00 |
| Akorn Operating Company, LLC | Quantic Group LTD. | 12/7/2022 | 266450 | Check | $ 22,525.00 |
| Akorn Operating Company, LLC | Quantic Group LTD. | 12/21/2022 | 266591 | Check | $ 6,625.00 |
| Akorn Operating Company, LLC | Quantic Group LTD. | 1/20/2023 | 267020 | Check | $ 28,199.10 |
| Akorn Operating Company, LLC | Quantic Group LTD. | 2/10/2023 | 267203 | Check | $ 55,577.39 |
| | | | | | $ 114,516.49 |